MEMORANDUM The Motion to dismiss is granted, the
acquisition of Petrohawk common stock on conversion of the
NOTE was ~~not~~ approved by Petrohawk's board of directors and
the acquisition was made by an officer or director and is therefore
exempt from §16(b) by Rule 16b1-3(d).
So ordered. Submit formal order
on notice. Degen v CDR-Cookie, 2006
~~Courtesy Copy~~ WL
/9150,
3/31/6

/s/ O.J.

Electronically Filed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANDREW E. ROTH derivatively on behalf of
PETROHAWK ENERGY CORPORATION,

          Plaintiff,

- v.-

PHAWK, LLC, ENCAP ENERGY CAPITAL FUND IV,
L.P., ENCAP ENERGY CAPITAL FUND IV-B, L.P.,
ENCAP IV-B ACQUISITIONS, L.P., ENCAP IV-B
ACQUISITIONS GP, LLC, ENCAP INVESTMENTS
L.P., ENCAP INVESTMENTS GP, L.L.C., RNBD GP
LLC, DAVID B. MILLER, D. MARTIN PHILLIPS,
GARY R. PETERSEN, ROBERT L. ZORICH,
FCW, LLC FLOYD C. WILSON, DANIEL A. RIOUX,
TUCKER S. BRIDWELL, JAMES L. IRISH, III, and
PETROHAWK ENERGY CORPORATION

          Defendants.
------------------------------------------------------------x

05 Civ. 9247 (RO)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/06

## DEFENDANTS' NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law; Local Rule 56.1 Statement of Undisputed Material Facts; Declaration of R. Brian Black, dated January 20, 2006, and the exhibits annexed thereto; and the pleadings filed in this action, Defendants PHAWK, LLC, EnCap Energy Capital Fund IV, L.P., EnCap Energy Capital Fund IV-B, L.P., EnCap IV-B Acquisitions, L.P., EnCap IV-B Acquisitions GP, LLC, EnCap Equity Fund IV GP, L.P., EnCap Investments L.P., EnCap Investments GP, L.L.C., RNDB GP LLC, David B. Miller, D. Martin Phillips, Gary R. Petersen, Robert L. Zorich, FCW, LLC, Floyd C. Wilson, Daniel A. Rioux, Tucker S. Bridwell, James L. Irish, III, and Petrohawk Energy Corporation, by their undersigned attorneys, will move this Court, before the Hon. Richard Owen, U.S. District Judge, United States Courthouse, 500 Pearl Street, New York, New York, on