Owen, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANDREW E. ROTH derivatively on behalf of
PETROHAWK ENERGY CORPORATION,

         Plaintiff,

    - v.-

PHAWK, LLC, ENCAP ENERGY CAPITAL FUND IV,
L.P., ENCAP ENERGY CAPITAL FUND IV-B, L.P.,
ENCAP IV-B ACQUISITIONS, L.P., ENCAP IV-B
ACQUISITIONS GP, LLC, ENCAP INVESTMENTS
L.P., ENCAP INVESTMENTS GP, L.L.C., RNBD GP
LLC, DAVID B. MILLER, D. MARTIN PHILLIPS,
GARY R. PETERSEN, ROBERT L. ZORICH,
FCW, LLC, FLOYD C. WILSON, DANIEL A. RIOUX,
TUCKER S. BRIDWELL, JAMES L. IRISH, III, and
PETROHAWK ENERGY CORPORATION

         Defendants.
------------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/06
```

05 Civ. 9247 (RO)

## JUDGMENT

  This action came on for hearing on March 31, 2006, before the Court, Honorable Richard Owen, District Judge, presiding, and the issues having been duly heard and the Court having duly rendered a decision granting defendants' motion to dismiss or, in the alternative, for summary judgment because the transaction at issue is exempt under Rule 16b-3(d), *see Segen v. CDR-Cookie Acquisitions, L.L.C.*, 2006 WL 59550 (S.D.N.Y. Jan. 4, 2006),

  It is Ordered and Adjudged that the plaintiff takes nothing, that the action be dismissed on the merits, that defendants recover of the plaintiff their costs of action, and that the case shall be closed.

Dated:  New York, New York
     April 19, 2006

                _/s/ Richard Owen_
                USDS