**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ROTH,

    Appellant,

v.

PHAWK, LLC ET AL.,

    Appellees.

DOCKET No. 06-2466-cv

U.S. DISTRICT COURT FILED AUG 18 2006 S.D. OF NY

UNITED STATES COURT OF APPEALS FILED AUG 11 2006 SECOND CIRCUIT

STIPULATION FOR
WITHDRAWAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that this appeal is hereby withdrawn, with prejudice, pursuant to Fed.R.App.P 42(b), without cost to any party.

Dated: August 7, 2006

                        BRAGAR WEXLER & EAGEL, P.C.
                        885 Third Avenue
                        New York, New York 10022

                        OSTRAGER CHONG FLAHERTY
                           & BROITMAN P.C.

                        By: _____
                            Glenn F. Ostrager (GO2023)

                        250 Park Avenue, Suite 825
                        New York, New York 10177
                        (212) 681-0600

                        Attorneys for Appellant

A TRUE COPY
Roseann B. MacKechnie, CLERK
by: _____
DEPUTY CLERK

                    CERTIFIED: 8/18/2006

HOGAN & HARTSON LLP

By: _____
Dennis H. Tracey, III (DT7856)
R. Brian Black (RB3675)

875 Third Avenue
New York, New York 10022
(212) 918-3524

Attorneys for Appellees Phawk, LLC, Encap Energy Capital Fund IV, L.P., Encap IV-B Acquisitions, L.P., Encap Energy Capital Fund IV-B, L.P., Encap IV-B Acquisitions GP, LLC, Encap Equity Fund IV GP, L.P., Encap Investments, L.P., Encap Investments GP, L.C.C., David Miller, D. Martin Phillips, Gary R. Petersen, Robert L. Zorich, FCW, LLC, Floyd C. Wilson, Daniel A. Rioux, Tucker S. Bridwell, James L. Irish III, Petrohawk Energy Corporation and RNBD GP LLC

**SO ORDERED:**

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Aug. 11, 2006